# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

LUIS ORTIZ-FIGUEROA,

    Petitioner,

v.                        Case No: 5-21-cv-209-WFJ-PRL

WARDEN, FCC COLEMAN – LOW,

    Respondent.

_____

## ORDER DISMISSING CASE

Petitioner initiated this case on April 9, 2021 by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. *See* Doc. 1. The Court's order (Doc. 2) instructed Petitioner to apply for pauper status or pay the filing fee within thirty days of April 14, 2021 upon pain of dismissal. However, Petitioner ignored the order and failed to pay the required filing fee or file a request to proceed as a pauper within thirty (30) days of the commencement of the case. Thus, this case is dismissed without prejudice. *See* 28 U.S.C. § 1914(a); *see also* Local Rule 6.04(b).

Should Petitioner decide to initiate a new case, he must, within thirty (30) days of the commencement of the case, pay the filing fee or request to proceed as a pauper.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1.     This case is **DISMISSED** without prejudice.

2.     The **Clerk of Court** shall enter judgment and close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 28, 2021.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies furnished to: Pro Se Party